# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GABRIEL AZUMAH,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action Number |
| ) | **4:17-cv-01645-AKK-HNJ** |
| **U.S. ATTORNEY GENERAL OF** ) | |
| **AMERICA** ) | |
| ) | |
| Respondent. | |

## MEMORANDUM OPINION

On October 17, 2017, the magistrate judge entered a report and recommendation and allowed the parties therein fourteen days in which to file objections to the recommendations made by the magistrate judge. No party has filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge that the court dismiss without prejudice the petition for writ of habeas corpus.

The court will enter a separate order in conformity with this Memorandum Opinion.

**DONE** the 9th day of November, 2017.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE